IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:                                                                          CASE NO. 12-20513
JUSTIN ADAM JONES                                                               CHAPTER 13
RANDI JO JONES


**TRANSMITTAL OF UNCLAIMED FUNDS**

Helen M. Morris, Chapter 13 Trustee, reports the following:

(1) Checks listed below were mailed to creditors and returned to this office marked insufficient address and/or forwarding order expired or cancelled automatically 90 days after final distribution. The check numbers, the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

JUSTIN ADAM JONES
& RANDI JO JONES
410 BLAKE ROAD
NITRO, WV  25143

(2) Your Trustee's check for $1,000.00 payable to the Clerk of the Court is attached to this report and list. In the event, this amount is different than the amount previously paid to the above creditor, the difference is due to change in the trustee fee during the pendency of the case.

(3) Nothing further remains to be done in this case.


Dated: 1/24/2018



/s/Helen M. Morris
Helen M. Morris, Trustee
Chapter 13 Trustee
P O Box 8535
South Charleston, WV  25303
(304)744-6730